| Form 5500 | Annual Return/Report of Employee Benefit Plan | OMB Nos. 1210-0110 1210-0089 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6047(e), and 6058(a) of the Internal Revenue Code (the Code). | **2010** |
| Department of Labor Employee Benefits Security Administration | ▶ Complete all entries in accordance with the Instructions to the Form 5500. | |
| Pension Benefit Guaranty Corporation | | This Form Is Open to Public Inspection |

## Part I   Annual Report Identification Information

For calendar plan year 2010 or fiscal plan year beginning 01/01/2010 and ending 12/31/2010

**A** This return/report is for:
- [ ] a multiemployer plan;
- [x] a single-employer plan;
- [ ] a multiple-employer plan; or
- [ ] a DFE (specify) ____

**B** This return/report is:
- [ ] the first return/report;
- [ ] an amended return/report;
- [ ] the final return/report;
- [ ] a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ [ ]

**D** Check box if filing under:
- [x] Form 5558;
- [ ] automatic extension;
- [ ] the DFVC program;
- [ ] special extension (enter description)

## Part II   Basic Plan Information—enter all requested information

**1a** Name of plan Kodak Employee Stock Ownership Plan

**1b** Three-digit plan number (PN) ▶ 003

**1c** Effective date of plan 01/01/1976

**2a** Plan sponsor's name and address (employer, if for a single-employer plan) (Address should include room or suite no.)
Eastman Kodak Company

343 State Street

Rochester                                        NY   14650-0904

**2b** Employer Identification Number (EIN) 16-0417150

**2c** Sponsor's telephone number (585) 724-4000

**2d** Business code (see Instructions) 339900

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | | | | |
|---|---|---|---|---|
| | Signature of plan administrator | SLS | Date | Paul Dils Enter name of individual signing as plan administrator |
| SIGN HERE | Signature of employer/plan sponsor | SLS | Date | Paul Dils Enter name of individual signing as employer or plan sponsor |
| SIGN HERE | Signature of DFE | | Date | Enter name of individual signing as DFE |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the Instructions for Form 5500.

Form 5500 (2010)
v.092307.1

| Form 5500 (2010) | | Page **2** |

| | | |
|---|---|---|
| **3a** Plan administrator's name and address (if same as plan sponsor, enter "Same")<br>Stock Ownership Plan Committee<br><br>343 State Street<br><br>Rochester                                                    NY 14650-0904 | | **3b** Administrator's EIN<br>16-1105362 |
| | | **3c** Administrator's telephone number<br>(585) 724-4800 |

| **4** | If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report: | | **4b** EIN |
|---|---|---|---|
| **a** | Sponsor's name | | |
| | | | **4c** PN |

| **5** | Total number of participants at the beginning of the plan year | **5** | 15,095 |
|---|---|---|---|
| **6** | Number of participants as of the end of the plan year (welfare plans complete only lines 6a, 6b, 6c, and 6d). | | |
| **a** | Active participants.................................................................................... | **6a** | 3,931 |
| **b** | Retired or separated participants receiving benefits........................................... | **6b** | 0 |
| **c** | Other retired or separated participants entitled to future benefits............................ | **6c** | 10,481 |
| **d** | Subtotal. Add lines 6a, 6b, and 6c.................................................................. | **6d** | 14,412 |
| **e** | Deceased participants whose beneficiaries are receiving or are entitled to receive benefits................. | **6e** | 19 |
| **f** | Total. Add lines 6d and 6e.......................................................................... | **6f** | 14,431 |
| **g** | Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item)................. | **6g** | 14,336 |
| **h** | Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested................. | **6h** | 0 |
| **7** | Enter the total number of employers obligated to contribute to the plan (only multiemployer plans complete this item)........ | **7** | 0 |

**8a** If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristic Codes in the instructions:

   2O   2I

**b** If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristic Codes in the instructions:

| **9a** Plan funding arrangement (check all that apply) | | | **9b** Plan benefit arrangement (check all that apply) | | |
|---|---|---|---|---|---|
| (1) | | Insurance | (1) | | Insurance |
| (2) | | Code section 412(e)(3) insurance contracts | (2) | | Code section 412(e)(3) insurance contracts |
| (3) | X | Trust | (3) | X | Trust |
| (4) | | General assets of the sponsor | (4) | | General assets of the sponsor |

**10** Check all applicable boxes in 10a and 10b to indicate which schedules are attached, and, where indicated, enter the number attached. (See instructions)

| **a Pension Schedules** | | | **b General Schedules** | | |
|---|---|---|---|---|---|
| (1) | X | R (Retirement Plan Information) | (1) | X | H (Financial Information) |
| (2) | | MB (Multiemployer Defined Benefit Plan and Certain Money Purchase Plan Actuarial Information) - signed by the plan actuary | (2) | | I (Financial Information – Small Plan) |
| | | | (3) | — | A (Insurance Information) |
| | | | (4) | | C (Service Provider Information) |
| (3) | | SB (Single-Employer Defined Benefit Plan Actuarial Information) - signed by the plan actuary | (5) | | D (DFE/Participating Plan Information) |
| | | | (6) | | G (Financial Transaction Schedules) |

| SCHEDULE H (Form 5500) | Financial Information | OMB No. 1210-0110 |
|---|---|---|
| Department of the Treasury Internal Revenue Service<br>Department of Labor Employee Benefits Security Administration<br>Pension Benefit Guaranty Corporation | This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA), and section 6058(a) of the Internal Revenue Code (the Code).<br><br>▶ File as an attachment to Form 5500. | **2010**<br><br>**This Form is Open to Public Inspection** |

For calendar plan year 2010 or fiscal plan year beginning    01/01/2010    and ending    12/31/2010

| **A** Name of plan | **B** Three-digit plan number (PN) ▶ | 003 |
|---|---|---|

Kodak Employee Stock Ownership Plan

| **C** Plan sponsor's name as shown on line 2a of Form 5500 | **D** Employer Identification Number (EIN) |
|---|---|

Eastman Kodak Company      16-0417150

## Part I — Asset and Liability Statement

**1** Current value of plan assets and liabilities at the beginning and end of the plan year. Combine the value of plan assets held in more than one trust. Report the value of the plan's interest in a commingled fund containing the assets of more than one plan on a line-by-line basis unless the value is reportable on lines 1c(9) through 1c(14). Do not enter the value of that portion of an insurance contract which guarantees, during this plan year, to pay a specific dollar benefit at a future date. Round off amounts to the nearest dollar. MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 1b(1), 1b(2), 1c(8), 1g, 1h, and 1i. CCTs, PSAs, and 103-12 IEs also do not complete lines 1d and 1e. See instructions.

| Assets | | (a) Beginning of Year | (b) End of Year |
|---|---|---:|---:|
| **a** Total noninterest-bearing cash | 1a | | |
| **b** Receivables (less allowance for doubtful accounts): | | | |
| (1) Employer contributions | 1b(1) | | |
| (2) Participant contributions | 1b(2) | | |
| (3) Other | 1b(3) | 11,692 | 11,458 |
| **c** General investments: | | | |
| (1) Interest-bearing cash (include money market accounts & certificates of deposit) | 1c(1) | 285,447 | 284,629 |
| (2) U.S. Government securities | 1c(2) | | |
| (3) Corporate debt instruments (other than employer securities): | | | |
| (A) Preferred | 1c(3)(A) | | |
| (B) All other | 1c(3)(B) | | |
| (4) Corporate stocks (other than employer securities): | | | |
| (A) Preferred | 1c(4)(A) | | |
| (B) Common | 1c(4)(B) | | |
| (5) Partnership/joint venture interests | 1c(5) | | |
| (6) Real estate (other than employer real property) | 1c(6) | | |
| (7) Loans (other than to participants) | 1c(7) | | |
| (8) Participant loans | 1c(8) | | |
| (9) Value of interest in common/collective trusts | 1c(9) | | |
| (10) Value of interest in pooled separate accounts | 1c(10) | | |
| (11) Value of interest in master trust investment accounts | 1c(11) | | |
| (12) Value of interest in 103-12 investment entities | 1c(12) | | |
| (13) Value of interest in registered investment companies (e.g., mutual funds) | 1c(13) | | |
| (14) Value of funds held in insurance company general account (unallocated contracts) | 1c(14) | | |
| (15) Other | 1c(15) | | |

Schedule H  (Form 5500) 2010          Page **2**

| **1d** | Employer-related investments: | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|---|
| | (1)  Employer securities | 1d(1) | 2,900,800 | 3,478,017 |
| | (2)  Employer real property | 1d(2) | | |
| **e** | Buildings and other property used in plan operation | 1e | | |
| **f** | Total assets (add all amounts in lines 1a through 1e) | 1f | 3,197,939 | 3,774,104 |

### Liabilities

| **g** | Benefit claims payable | 1g | | |
|---|---|---|---|---|
| **h** | Operating payables | 1h | | |
| **i** | Acquisition indebtedness | 1i | | |
| **j** | Other liabilities | 1j | | |
| **k** | Total liabilities (add all amounts in lines 1g through 1j) | 1k | 0 | 0 |

### Net Assets

| **l** | Net assets (subtract line 1k from line 1f) | 1l | 3,197,939 | 3,774,104 |
|---|---|---|---|---|

## Part II   Income and Expense Statement

**2** Plan income, expenses, and changes in net assets for the year. Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers. Round off amounts to the nearest dollar. MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 2a, 2b(1)(E), 2e, 2f, and 2g.

| | **Income** | | (a) Amount | (b) Total |
|---|---|---|---|---|
| **a** | Contributions: | | | |
| | (1)  Received or receivable in cash from: (A) Employers | 2a(1)(A) | | |
| | (B)  Participants | 2a(1)(B) | | |
| | (C)  Others (including rollovers) | 2a(1)(C) | | |
| | (2)  Noncash contributions | 2a(2) | | |
| | (3)  Total contributions. Add lines 2a(1)(A), (B), (C), and line 2a(2) | 2a(3) | | 0 |
| **b** | Earnings on investments: | | | |
| | (1)  Interest: | | | |
| | (A)  Interest-bearing cash (including money market accounts and certificates of deposit) | 2b(1)(A) | | |
| | (B)  U.S. Government securities | 2b(1)(B) | | |
| | (C)  Corporate debt instruments | 2b(1)(C) | | |
| | (D)  Loans (other than to participants) | 2b(1)(D) | | |
| | (E)  Participant loans | 2b(1)(E) | | |
| | (F)  Other | 2b(1)(F) | 35 | |
| | (G)  Total interest. Add lines 2b(1)(A) through (F) | 2b(1)(G) | | 35 |
| | (2)  Dividends: (A) Preferred stock | 2b(2)(A) | | |
| | (B)  Common stock | 2b(2)(B) | | |
| | (C)  Registered investment company shares (e.g. mutual funds) | 2b(2)(C) | | |
| | (D)  Total dividends. Add lines 2b(2)(A), (B), and (C) | 2b(2)(D) | | 0 |
| | (3)  Rents | 2b(3) | | |
| | (4)  Net gain (loss) on sale of assets:  (A) Aggregate proceeds | 2b(4)(A) | 202,133 | |
| | (B)  Aggregate carrying amount (see instructions) | 2b(4)(B) | 165,183 | |
| | (C)  Subtract line 2b(4)(B) from line 2b(4)(A) and enter result | 2b(4)(C) | | 36,950 |

Schedule H (Form 5500) 2010        Page **3**

| | | (a) Amount | (b) Total |
|---|---|---|---|
| **2b** (5) Unrealized appreciation (depreciation) of assets: (A) Real estate | 2b(5)(A) | | |
| (B) Other | 2b(5)(B) | 739,730 | |
| (C) Total unrealized appreciation of assets. Add lines 2b(5)(A) and (B) | 2b(5)(C) | | 739,730 |
| (6) Net investment gain (loss) from common/collective trusts | 2b(6) | | |
| (7) Net investment gain (loss) from pooled separate accounts | 2b(7) | | |
| (8) Net investment gain (loss) from master trust investment accounts | 2b(8) | | |
| (9) Net investment gain (loss) from 103-12 investment entities | 2b(9) | | |
| (10) Net investment gain (loss) from registered investment companies (e.g., mutual funds) | 2b(10) | | |
| **c** Other income | 2c | | |
| **d** Total income. Add all income amounts in column (b) and enter total | 2d | | 776,715 |

### Expenses

| | | | |
|---|---|---|---|
| **e** Benefit payment and payments to provide benefits: | | | |
| (1) Directly to participants or beneficiaries, including direct rollovers | 2e(1) | 200,550 | |
| (2) To insurance carriers for the provision of benefits | 2e(2) | | |
| (3) Other | 2e(3) | | |
| (4) Total benefit payments. Add lines 2e(1) through (3) | 2e(4) | | 200,550 |
| **f** Corrective distributions (see instructions) | 2f | | |
| **g** Certain deemed distributions of participant loans (see instructions) | 2g | | |
| **h** Interest expense | 2h | | |
| **i** Administrative expenses: (1) Professional fees | 2i(1) | | |
| (2) Contract administrator fees | 2i(2) | | |
| (3) Investment advisory and management fees | 2i(3) | | |
| (4) Other | 2i(4) | | |
| (5) Total administrative expenses. Add lines 2i(1) through (4) | 2i(5) | | 0 |
| **j** Total expenses. Add all expense amounts in column (b) and enter total | 2j | | 200,550 |

### Net Income and Reconciliation

| | | | |
|---|---|---|---|
| **k** Net income (loss). Subtract line 2j from line 2d | 2k | | 576,165 |
| **l** Transfers of assets: | | | |
| (1) To this plan | 2l(1) | | |
| (2) From this plan | 2l(2) | | |

### Part III   Accountant's Opinion

**3** Complete lines 3a through 3c if the opinion of an independent qualified public accountant is attached to this Form 5500. Complete line 3d if an opinion is not attached.

**a** The attached opinion of an independent qualified public accountant for this plan is (see instructions):

(1) ☐ Unqualified    (2) ☐ Qualified    (3) ☒ Disclaimer    (4) ☐ Adverse

**b** Did the accountant perform a limited scope audit pursuant to 29 CFR 2520.103-8 and/or 103-12(d)?    ☒ Yes    ☐ No

**c** Enter the name and EIN of the accountant (or accounting firm) below:

(1) Name: Insero & Company CPAs, P.C.      (2) EIN: 16-1016457

**d** The opinion of an independent qualified public accountant is **not attached** because:

(1) ☐ This form is filed for a CCT, PSA, or MTIA.    (2) ☐ It will be attached to the next Form 5500 pursuant to 29 CFR 2520.104-50.

Schedule H  (Form 5500) 2010                                    Page 4- ☐

## Part IV    Compliance Questions

**4**    CCTs and PSAs do not complete Part IV. MTIAs, 103-12 IEs, and GIAs do not complete 4a, 4e, 4f, 4g, 4h, 4k, 4m, 4n, or 5. 103-12 IEs also do not complete 4j and 4l. MTIAs also do not complete 4l.

During the plan year:

| | | Yes | No | Amount |
|---|---|---|---|---|
| **a** | Was there a failure to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102? Continue to answer "Yes" for any prior year failures until fully corrected. (See instructions and DOL's Voluntary Fiduciary Correction Program.)...... **4a** | | X | |
| **b** | Were any loans by the plan or fixed income obligations due the plan in default as of the close of the plan year or classified during the year as uncollectible? Disregard participant loans secured by participant's account balance. (Attach Schedule G (Form 5500) Part I if "Yes" is checked.)................................ **4b** | | X | |
| **c** | Were any leases to which the plan was a party in default or classified during the year as uncollectible? (Attach Schedule G (Form 5500) Part II if "Yes" is checked.) ..................... **4c** | | X | |
| **d** | Were there any nonexempt transactions with any party-in-interest? (Do not include transactions reported on line 4a. Attach Schedule G (Form 5500) Part III if "Yes" is checked.)................................ **4d** | | X | |
| **e** | Was this plan covered by a fidelity bond?................................................ **4e** | X | | 10,000,000 |
| **f** | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? ................................ **4f** | | X | |
| **g** | Did the plan hold any assets whose current value was neither readily determinable on an established market nor set by an independent third party appraiser? ......................... **4g** | | X | |
| **h** | Did the plan receive any noncash contributions whose value was neither readily determinable on an established market nor set by an independent third party appraiser? ........ **4h** | | X | |
| **i** | Did the plan have assets held for investment? (Attach schedule(s) of assets if "Yes" is checked, and see instructions for format requirements.)................................ **4i** | X | | |
| **j** | Were any plan transactions or series of transactions in excess of 5% of the current value of plan assets? (Attach schedule of transactions if "Yes" is checked, and see instructions for format requirements.)................................ **4j** | X | | |
| **k** | Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC?................................ **4k** | | X | |
| **l** | Has the plan failed to provide any benefit when due under the plan? ........................ **4l** | | X | |
| **m** | If this is an individual account plan, was there a blackout period? (See instructions and 29 CFR 2520.101-3.)................................ **4m** | | X | |
| **n** | If 4m was answered "Yes," check the "Yes" box if you either provided the required notice or one of the exceptions to providing the notice applied under 29 CFR 2520.101-3. ................. **4n** | | X | |

**5a**    Has a resolution to terminate the plan been adopted during the plan year or any prior year? If yes, enter the amount of any plan assets that reverted to the employer this year.............................. ☐ Yes  ☒ No   Amount:

**5b**    If, during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions.)

| 5b(1) Name of plan(s) | 5b(2) EIN(s) | 5b(3) PN(s) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| **SCHEDULE R**<br>**(Form 5500)**<br><br>Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security Administration<br>Pension Benefit Guaranty Corporation | **Retirement Plan Information**<br><br>This schedule is required to be filed under section 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and section 6058(a) of the Internal Revenue Code (the Code).<br><br>▶ File as an attachment to Form 5500. | OMB No. 1210-0110<br><br>**2010**<br><br>**This Form is Open to Public Inspection.** |
|---|---|---|

| For calendar plan year 2010 or fiscal plan year beginning | 01/01/2010 | and ending | 12/31/2010 | | |
|---|---|---|---|---|---|

| **A** Name of plan<br><br>Kodak Employee Stock Ownership Plan | **B** Three-digit plan number (PN) ▶ | 003 |
|---|---|---|

| **C** Plan sponsor's name as shown on line 2a of Form 5500<br><br>Eastman Kodak Company | **D** Employer Identification Number (EIN)<br><br>16-0417150 |
|---|---|

### Part I   Distributions

All references to distributions relate only to payments of benefits during the plan year.

**1** Total value of distributions paid in property other than in cash or the forms of property specified in the instructions...................................................................................................................... | **1** |

**2** Enter the EIN(s) of payor(s) who paid benefits on behalf of the plan to participants or beneficiaries during the year (if more than two, enter EINs of the two payors who paid the greatest dollar amounts of benefits):

   EIN(s): _____   _____

   **Profit-sharing plans, ESOPs, and stock bonus plans, skip line 3.**

**3** Number of participants (living or deceased) whose benefits were distributed in a single sum, during the plan year......................................................................................... | **3** | 723 |

### Part II   Funding Information (If the plan is not subject to the minimum funding requirements of section of 412 of the Internal Revenue Code or ERISA section 302, skip this Part)

**4** Is the plan administrator making an election under Code section 412(d)(2) or ERISA section 302(d)(2)?........................ ☐ Yes   ☐ No   ☐ N/A

   **If the plan is a defined benefit plan, go to line 8.**

**5** If a waiver of the minimum funding standard for a prior year is being amortized in this plan year, see instructions and enter the date of the ruling letter granting the waiver.   Date: Month _____   Day _____   Year _____

   **If you completed line 5, complete lines 3, 9, and 10 of Schedule MB and do not complete the remainder of this schedule.**

**6**  **a** Enter the minimum required contribution for this plan year .................................................. | **6a** |

   **b** Enter the amount contributed by the employer to the plan for this plan year ............................ | **6b** |

   **c** Subtract the amount in line 6b from the amount in line 6a. Enter the result (enter a minus sign to the left of a negative amount)................................................ | **6c** |

   **If you completed line 6c, skip lines 8 and 9.**

**7** Will the minimum funding amount reported on line 6c be met by the funding deadline? ..................... ☐ Yes   ☐ No   ☐ N/A

**8** If a change in actuarial cost method was made for this plan year pursuant to a revenue procedure providing automatic approval for the change or a class ruling letter, does the plan sponsor or plan administrator agree with the change?..................................................................................................................... ☐ Yes   ☐ No   ☐ N/A

### Part III   Amendments

**9** If this is a defined benefit pension plan, were any amendments adopted during this plan year that increased or decreased the value of benefits? If yes, check the appropriate box(es). If no, check the "No" box................................................... ☐ Increase   ☐ Decrease   ☐ Both   ☒ No

### Part IV   ESOPs (see instructions). If this is not a plan described under Section 409(a) or 4975(e)(7) of the Internal Revenue Code, skip this Part.

**10** Were unallocated employer securities or proceeds from the sale of unallocated securities used to repay any exempt loan?............ ☐ Yes   ☒ No

**11**  **a** Does the ESOP hold any preferred stock?........................................................................ ☐ Yes   ☒ No

   **b** If the ESOP has an outstanding exempt loan with the employer as lender, is such loan part of a "back-to-back" loan? (See instructions for definition of "back-to-back" loan.) .................................................. ☐ Yes   ☒ No

**12** Does the ESOP hold any stock that is not readily tradable on an established securities market? ........................ ☐ Yes   ☒ No

Schedule R (Form 5500) 2010                                           Page **2-**⬜

| **Part V** | **Additional Information for Multiemployer Defined Benefit Pension Plans** |

**13** Enter the following information for each employer that contributed more than 5% of total contributions to the plan during the plan year (measured in dollars). See instructions. *Complete as many entries as needed to report all applicable employers.*

**a** Name of contributing employer

**b** EIN                              **c**   Dollar amount contributed by employer

**d** Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ⬜ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____ Day _____ Year _____

**e** Contribution rate information *(If more than one rate applies, check this box* ⬜ *and see instructions regarding required attachment. Otherwise, complete items 13e(1) and 13e(2).)*
　(1)   Contribution rate (in dollars and cents) _____
　(2)   Base unit measure: ⬜ Hourly   ⬜ Weekly   ⬜ Unit of production   ⬜ Other (specify):

**a** Name of contributing employer

**b** EIN                              **c**   Dollar amount contributed by employer

**d** Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ⬜ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____ Day _____ Year _____

**e** Contribution rate information *(If more than one rate applies, check this box* ⬜ *and see instructions regarding required attachment. Otherwise, complete items 13e(1) and 13e(2).)*
　(1)   Contribution rate (in dollars and cents) _____
　(2)   Base unit measure: ⬜ Hourly   ⬜ Weekly   ⬜ Unit of production   ⬜ Other (specify):

**a** Name of contributing employer

**b** EIN                              **c**   Dollar amount contributed by employer

**d** Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ⬜ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____ Day _____ Year _____

**e** Contribution rate information *(If more than one rate applies, check this box* ⬜ *and see instructions regarding required attachment. Otherwise, complete items 13e(1) and 13e(2).)*
　(1)   Contribution rate (in dollars and cents) _____
　(2)   Base unit measure: ⬜ Hourly   ⬜ Weekly   ⬜ Unit of production   ⬜ Other (specify):

**a** Name of contributing employer

**b** EIN                              **c**   Dollar amount contributed by employer

**d** Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ⬜ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____ Day _____ Year _____

**e** Contribution rate information *(If more than one rate applies, check this box* ⬜ *and see instructions regarding required attachment. Otherwise, complete items 13e(1) and 13e(2).)*
　(1)   Contribution rate (in dollars and cents) _____
　(2)   Base unit measure: ⬜ Hourly   ⬜ Weekly   ⬜ Unit of production   ⬜ Other (specify):

**a** Name of contributing employer

**b** EIN                              **c**   Dollar amount contributed by employer

**d** Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ⬜ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____ Day _____ Year _____

**e** Contribution rate information *(If more than one rate applies, check this box* ⬜ *and see instructions regarding required attachment. Otherwise, complete items 13e(1) and 13e(2).)*
　(1)   Contribution rate (in dollars and cents) _____
　(2)   Base unit measure: ⬜ Hourly   ⬜ Weekly   ⬜ Unit of production   ⬜ Other (specify):

**a** Name of contributing employer

**b** EIN                              **c**   Dollar amount contributed by employer

**d** Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ⬜ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____ Day _____ Year _____

**e** Contribution rate information *(If more than one rate applies, check this box* ⬜ *and see instructions regarding required attachment. Otherwise, complete items 13e(1) and 13e(2).)*
　(1)   Contribution rate (in dollars and cents) _____
　(2)   Base unit measure: ⬜ Hourly   ⬜ Weekly   ⬜ Unit of production   ⬜ Other (specify):

**Page 3**

| | | | |
|---|---|---|---|
| **14** | Enter the number of participants on whose behalf no contributions were made by an employer as an employer of the participant for: | | |
| **a** | The current year ...................................................................................................................... | **14a** | |
| **b** | The plan year immediately preceding the current plan year....................................................... | **14b** | |
| **c** | The second preceding plan year ............................................................................................... | **14c** | |
| **15** | Enter the ratio of the number of participants under the plan on whose behalf no employer had an obligation to make an employer contribution during the current plan year to: | | |
| **a** | The corresponding number for the plan year immediately preceding the current plan year ............... | **15a** | |
| **b** | The corresponding number for the second preceding plan year ................................................. | **15b** | |
| **16** | Information with respect to any employers who withdrew from the plan during the preceding plan year: | | |
| **a** | Enter the number of employers who withdrew during the preceding plan year  ........................... | **16a** | |
| **b** | If item 16a is greater than 0, enter the aggregate amount of withdrawal liability assessed or estimated to be assessed against such withdrawn employers .................................................................... | **16b** | |
| **17** | If assets and liabilities from another plan have been transferred to or merged with this plan during the plan year, check box and see instructions regarding supplemental information to be included as an attachment. ................................................................................................................. ☐ | | |

| **Part VI** | **Additional Information for Single-Employer and Multiemployer Defined Benefit Pension Plans** |
|---|---|

| | |
|---|---|
| **18** | If any liabilities to participants or their beneficiaries under the plan as of the end of the plan year consist (in whole or in part) of liabilities to such participants and beneficiaries under two or more pension plans as of immediately before such plan year, check box and see instructions regarding supplemental information to be included as an attachment. ......................................................................................................................... ☐ |
| **19** | If the total number of participants is 1,000 or more, complete items (a) through (c) |

**a** Enter the percentage of plan assets held as:
    Stock: _____%  Investment-Grade Debt: _____%  High-Yield Debt: _____%  Real Estate: _____%  Other: _____%

**b** Provide the average duration of the combined investment-grade and high-yield debt:
    ☐ 0-3 years   ☐ 3-6 years   ☐ 6-9 years   ☐ 9-12 years   ☐ 12-15 years   ☐ 15-18 years   ☐ 18-21 years   ☐ 21 years or more

**c** What duration measure was used to calculate item 19(b)?
    ☐ Effective duration   ☐ Macaulay duration   ☐ Modified duration   ☐ Other (specify):

| Form **5558** | **Application for Extension of Time** | |
|---|---|---|
| (Rev. January 2008) | **To File Certain Employee Plan Returns** | OMB No. 1545-0212 |
| Department of the Treasury Internal Revenue Service | ▶ For Privacy Act and Paperwork Reduction Act Notice, see instructions on page 3. | **File With IRS Only** |

## Part I   Identification

| A | Name of filer, plan administrator, or plan sponsor (see instructions) | B | Filer's identifying number (see instructions) |
|---|---|---|---|
| | Eastman Kodak Company | | [X] Employer identification number (EIN). |
| | Number, street, and room or suite no. (if a P.O. box, see instructions) | | |
| | 343 State Street | | 16-0417150 |
| | City or town, state, and ZIP code | | [ ] Social security number (SSN) |
| | Rochester                      NY    14650-0904 | | |

| C | Plan name | Plan number | | Plan year ending— | | |
|---|---|---|---|---|---|---|
| | | | | MM | DD | YYYY |
| 1 | Kodak Employee Stock Ownership Plan | 0  0 | 3 | 12 | 31 | 2010 |
| 2 | | | | | | |
| 3 | | | | | | |

## Part II   Extension of Time to File Form 5500 or Form 5500-EZ *(see instructions)*

1   I request an extension of time until ___10__ / __15__ / _2011_ to file Form 5500 or Form 5500-EZ.

The application is **automatically approved** to the date shown on line 1 (above) if: **(a)** the Form 5558 is filed on or before the normal due date of Form 5500 or 5500-EZ for which this extension is requested, and **(b)** the date on line 1 is no more than 2½ months after the normal due date.

**You must attach a copy of this Form 5558 to each Form 5500 and 5500-EZ filed after the due date for the plans listed in C above.**

**Note.** A signature is not required if you are requesting an extension to file Form 5500 or Form 5500-EZ.

## Part III   Extension of Time to File Form 5330 *(see instructions)*

2   I request an extension of time until _____ / _____ / _____ to file Form 5330.
    You may be approved for up to a six (6) month extension to file Form 5330, after the normal due date of Form 5330.

a   Enter the Code section(s) imposing the tax  .  .  .  .  .  .  .  .  .  ▶ | a |

b   Enter the payment amount attached  .  .  .  .  .  .  .  .  .  .  .  .  ▶ | b |

c   For excise taxes under section 4980 or 4980F of the Code, enter the reversion/amendment date  .  .  . ▶ | c |

3   State in detail why you need the extension

--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
--------------------------------------------------------------------------------

Under penalties of perjury, I declare that to the best of my knowledge and belief, the statements made on this form are true, correct, and complete, and that I am authorized to prepare this application.

Signature ▶ _____        Date ▶ _____

MGA                                                 Form **5558** (Rev. 1-2008)

# KODAK EMPLOYEE STOCK OWNERSHIP PLAN

## FINANCIAL STATEMENTS
## AND SUPPLEMENTAL SCHEDULES

## DECEMBER 31, 2010 AND 2009



*The highest standard*

# KODAK EMPLOYEE STOCK OWNERSHIP PLAN

## Table of Contents

|  | Page |
|---|---|
| Financial Statements: | |
| Independent Auditors' Report | 1 |
| Statements of Net Assets Available for Benefits as of December 31, 2010 and 2009 | 2 |
| Statement of Changes in Net Assets Available for Benefits for the Year Ended December 31, 2010 | 3 |
| Notes to Financial Statements | 4 - 11 |
| Supplemental Schedules: | |
| Schedule I - Schedule of Assets (Held at End of Year) | 12 |
| Schedule II - Schedule of Reportable Transactions | 13 |



insero
&company

*The highest standard.*

## INDEPENDENT AUDITORS' REPORT

To the Participants and Plan Administrator of
Kodak Employee Stock Ownership Plan

We were engaged to audit the accompanying statements of net assets available for benefits of the Kodak Employee Stock Ownership Plan (the Plan) as of December 31, 2010 and 2009, and the related statement of changes in net assets available for benefits for the year ended December 31, 2010, and the supplemental schedule of assets (held at end of year) as of December 31, 2010 and schedule of reportable transactions for the year ended December 31, 2010. These financial statements and supplemental schedules are the responsibility of the Plan's management.

As permitted by 29 CFR 2520.103-8 of the United States Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974, the Plan Administrator instructed us not to perform, and we did not perform, any auditing procedures with respect to the information summarized in Note 5, which was certified by T. Rowe Price Trust Company, the trustee of the Plan, except for comparing this information with the related information included in the financial statements and supplemental schedules. We have been informed by the Plan Administrator that the trustee holds the Plan's assets and executes investment transactions. The Plan Administrator has obtained certifications from the trustee regarding the completeness and accuracy of the information summarized in Note 5 that was provided to the Plan Administrator by the trustee as of and for the year ended December 31, 2010, and as of December 31, 2009.

Because of the significance of the information that we did not audit, we are unable to, and do not, express an opinion on the accompanying financial statements and supplemental schedules taken as a whole. The form and content of the information included in the financial statements and supplemental schedules, other than that derived from the information certified by the trustee, have been audited by us in accordance with auditing standards generally accepted in the United States of America and, in our opinion, are presented in compliance with the United States Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974.

Respectfully Submitted,

*Insero Company CPAs, P.C.*

Insero & Company CPAs P.C.
Certified Public Accountants

Rochester, NY
June 29, 2011

1

1500 HSBC Plaza  >>  Rochester, NY 14604  >>  *ph:* 585-454-6996  >>  *fax:* 585-454-4024  >>  www.inserocpa.com

INSERO & COMPANY CPAs, P.C.
AN INDEPENDENTLY OWNED MEMBER OF THE RSM MCGLADREY NETWORK.

## KODAK EMPLOYEE STOCK OWNERSHIP PLAN

### STATEMENTS OF NET ASSETS AVAILABLE FOR BENEFITS

|  | December 31, | |
| --- | --- | --- |
| Assets | 2010 | 2009 |
| Investments, at fair value: | | |
| Eastman Kodak Company common stock | $ 3,478,017 | $ 2,900,800 |
| Prime Reserve Fund | 284,629 | 285,447 |
| Total investments | 3,762,646 | 3,186,247 |
| Interest receivable | 11,458 | 11,692 |
| Net assets available for benefits | $ 3,774,104 | $ 3,197,939 |

The accompanying notes are an integral part of the financial statements

2

## KODAK EMPLOYEE STOCK OWNERSHIP PLAN

## STATEMENT OF CHANGES IN NET ASSETS AVAILABLE FOR BENEFITS

|  | For the Year Ended December 31, 2010 |
|---|---|
| Additions to net assets available for benefits attributed to: |  |
| Interest income on Prime Reserve Fund | $ 35 |
| Net appreciation in fair value of Eastman Kodak Company common stock | 776,680 |
| Total additions | 776,715 |
| Deductions from net assets available for benefits attributed to: |  |
| Benefits paid to participants | 200,550 |
| Total deductions | 200,550 |
| Net increase | 576,165 |
| Net assets available for benefits: |  |
| Beginning of year | 3,197,939 |
| End of year | $ 3,774,104 |

The accompanying notes are an integral part of the financial statements

## KODAK EMPLOYEE STOCK OWNERSHIP PLAN
## NOTES TO FINANCIAL STATEMENTS
## DECEMBER 31, 2010 AND 2009

NOTE 1:   Description of the Plan:

The following brief description of the Kodak Employee Stock Ownership Plan (the Plan) is provided for general information purposes only.   Participants should refer to the Plan document for more complete information.   If there is a conflict between this summary and the Plan document, the Plan document will control.   The Plan was adopted January 1, 1976 for a controlled group of corporations consisting of Eastman Kodak Company (Kodak or the Company) and many of its domestic subsidiaries operating in the United States.

*General*

No contributions have been made to the Plan since 1986; presently, there are no plans to make contributions in the future.   The Plan has been operated as a frozen PAYSOP since 1986 and will continue to be operated as such until further direction from Kodak.   From the Plan's inception, participants were immediately vested in the contributions allocated to them under the Plan.

*Dividends*

Dividends attributable to the participant's interest in the Kodak Stock Fund are reinvested in the Kodak Stock Fund on behalf of the participant unless the participant elects, in a manner approved by the Stock Ownership Plan Committee, to receive dividends entirely in cash.

*Distributions from Plan*

There are no loan or emergency withdrawal privileges.   Generally, distributions from the Plan are made only when participants terminate service with the Company for any reason, such as resignation, retirement or death.   Account balances are distributed in a lump sum and are paid entirely in cash unless the participant elects to receive a distribution in Kodak stock.

4

# KODAK EMPLOYEE STOCK OWNERSHIP PLAN
## NOTES TO FINANCIAL STATEMENTS
### DECEMBER 31, 2010 AND 2009

NOTE 1:   Description of the Plan: (Continued)

*Distributions from Plan (Continued)*

Distributions are subjected to the rollover and the withholding requirements established by the Internal Revenue Service (IRS).  A participant, at the time employment terminates, may elect to defer distribution.  In no event may the commencement of distribution be deferred beyond April 1st of the year following the year in which the participant attains age 70 1/2.

*Administration*

The Plan is administered by the Savings and Investment Plan Committee (SIPCO) appointed by the Company.  Administrative expenses of the Plan, unless paid by Kodak, are paid out of the Trust. The Company reserves the right to amend or terminate the Plan at any time, subject to Plan provisions.  If the Plan is terminated, the Company may authorize the trustee to continue to administer the Trust according to the provisions of the Plan, or the Company may terminate the Trust.  In the event that the Trust is terminated, the value of the participants' accounts will be distributed in accordance with the provisions of the Plan.

NOTE 2:   Summary of Significant Accounting Policies:

*Basis of Accounting*

The financial statements of the Plan are prepared under the accrual method of accounting in accordance with accounting principles generally accepted in the United States of America.

*Subsequent Events*

In preparing the financial statements, the Company has evaluated events and transactions for potential recognition or disclosure through June 29, 2011, the date that the financial statements were available to be issued.

## KODAK EMPLOYEE STOCK OWNERSHIP PLAN
## NOTES TO FINANCIAL STATEMENTS
## DECEMBER 31, 2010 AND 2009

NOTE 2:    Summary of Significant Accounting Policies: (Continued)

*Use of Estimates*

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires the Plan Administrator to make estimates and assumptions that affect reported amounts of assets, liabilities, and changes therein and disclosures of contingent assets and liabilities.    Accordingly, actual results could differ from those estimates.

*Risks and Uncertainties*

Investments, which are comprised primarily of Kodak common stock are exposed to various risks, such as interest rate, credit and market risks.  Due to the level of risk associated with these securities, it is at least reasonably possible that changes in their values will occur in the near term and such changes could materially affect the participants' account balances and the amounts reported in the statements of net assets available for benefits.

*Investment Policy*

All contributions were paid into a trust fund for the exclusive benefit of participants.  Generally, amounts contributed and any interest earned, less allowable administrative expenses, are invested by the trustee primarily in shares of Kodak common stock.  Pending the purchase of such stock, the trustee may invest in any form of liquid investment or hold cash in the fund for a reasonable time.  Cash dividends received on Kodak common stock that are to be distributed to participants are invested in short-term funds, the earnings from which can be used to pay Plan administrative expenses.

# KODAK EMPLOYEE STOCK OWNERSHIP PLAN
## NOTES TO FINANCIAL STATEMENTS
### DECEMBER 31, 2010 AND 2009

NOTE 2:   Summary of Significant Accounting Policies: (Continued)

*Payment of Benefits*

Benefits are recorded when paid.

NOTE 3:  Investment Valuation and Income Recognition:

Investments are stated at fair value. Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date.

The Plan follows the fair value measurement guidance required by accounting principles generally accepted in the United States of America for financial and nonfinancial assets and liabilities. This guidance defines fair value and provides a fair value hierarchy that prioritizes the inputs to valuation techniques used to measure fair value. The hierarchy gives the highest priority to unadjusted quoted prices in active markets for identical assets or liabilities (Level 1 measurements) and the lowest priority to unobservable inputs (Level 3 measurements). The three levels of the fair value hierarchy are described below:

Level 1   Inputs to the valuation methodology are unadjusted quoted prices for identical assets or liabilities in active markets that the Plan has the ability to access.

Level 2   Inputs to the valuation methodology include:
- Quoted prices for similar assets or liabilities in active markets;
- Quoted prices for identical or similar assets or liabilities in inactive markets;
- Inputs other than quoted prices that are observable for the asset or liability;
- Inputs that are derived principally from, or corroborated by, observable market data by correlation or other means.

7

## KODAK EMPLOYEE STOCK OWNERSHIP PLAN
## NOTES TO FINANCIAL STATEMENTS
## DECEMBER 31, 2010 AND 2009

NOTE 3:   Investment Valuation and Income Recognition: (Continued)

If the asset or liability has a specified (contractual) term, the Level 2 input must be observable for substantially the full term of the asset or liability.

Level 3   Inputs to the valuation methodology are unobservable and significant to the fair value measurement.

The asset or liability's fair value measurement level within the fair value hierarchy is based on the lowest level of any input that is significant to the fair value measurement.   Valuation techniques used need to maximize the use of observable inputs and minimize the use of unobservable inputs.

The following is a description of the valuation methodologies used for assets measured at fair value. There have been no changes in the methodologies used at December 31, 2010 and 2009.

*Common stock:*   Valued at the closing price reported on the active market on which the individual securities are traded.

*Money market fund (Prime Reserve Fund):*   Valued at net asset value of shares held by the Plan at year end, as determined by the investment manager.

The methods described above may produce a fair value calculation that may not be indicative of net realizable value or reflective of future fair values. Furthermore, while the Plan believes its valuation methods are appropriate and consistent with other market participants, the use of different methodologies or assumptions to determine the fair value of certain financial instruments could result in a different fair value measurement at the reporting date.

## KODAK EMPLOYEE STOCK OWNERSHIP PLAN
## NOTES TO FINANCIAL STATEMENTS
## DECEMBER 31, 2010 AND 2009

NOTE 3:  Investment Valuation and Income Recognition: (Continued)

The following table sets forth by level, within the fair value hierarchy.

| | Assets at Fair Value as of December 31, 2010 | | |
|---|---|---|---|
| | **Level 1** | **Level 2** | **Total** |
| Money market fund | $           - | $    284,629 | $    284,629 |
| Common stock | 3,478,017 | - | 3,478,017 |
| Total | **$  3,478,017** | **$    284,629** | **$  3,762,646** |

| | Assets at Fair Value as of December 31, 2009 | | |
|---|---|---|---|
| | **Level 1** | **Level 2** | **Total** |
| Money market fund | $           - | $    285,447 | $    285,447 |
| Common stock | 2,900,800 | - | 2,900,800 |
| Total | **$  2,900,800** | **$    285,447** | **$  3,186,247** |

Purchases and sales of securities are recorded on a trade-date basis.  Interest income is recorded on the accrual basis.  Dividends are recorded on the ex-dividend date.  Net appreciation includes the Plan's gains and losses on investments bought and sold, as well as, held during the year.

NOTE 4:   Federal Income Tax Status:

On April 30, 2001, the IRS issued a favorable determination letter concerning the Plan's qualified status under the Internal Revenue Code.  Although the Plan has been amended since receiving the determination letter, the Plan Administrator believes that the Plan is designed and is currently being operated in compliance with the applicable requirements of the Internal Revenue Code.  Therefore, no U.S. income taxes are required to be paid by the Trust created under the Plan and participants are not taxed currently on contributions previously made to the Trust or on income earned by the Trust.  When a participant, or participant's beneficiary or estate, receives a distribution under the Plan, the taxability of the value of such distribution depends on the form and time of payment.  In any case, the portion of such distribution representing the return of employee contributions is not subject to tax.

9

KODAK EMPLOYEE STOCK OWNERSHIP PLAN
NOTES TO FINANCIAL STATEMENTS
DECEMBER 31, 2010 AND 2009

NOTE 4:    Federal Income Tax Status: (Continued)

Accounting principles generally accepted in the United States of America require plan management to evaluate tax positions taken by the Plan and recognize a tax liability (or asset) if the Plan has taken an uncertain position that more likely than not would not be sustained upon examination by the Internal Revenue Service.   The Plan Administrator has analyzed the tax positions taken by the Plan, and has concluded that as of December 31, 2010, there are no uncertain positions taken or expected to be taken that would require recognition of a liability (or asset) or disclosure in the financial statements.   The Plan is subject to routine audits by taxing jurisdictions; however, there are currently no audits for any tax periods in progress.   The Plan Administrator believes it is no longer subject to income tax examinations for years prior to 2007.

NOTE 5:    Certified Financial Data:

The Plan Administrator has elected the method of compliance permitted by 29 CFR 2520.103-8 of the United States Department of Labor's Rules and Regulations for Reporting and Disclosure under Employee Retirement Income Security Act of 1974.   Accordingly, T. Rowe Price Trust Company (T. Rowe) has certified to the completeness and accuracy of all information reflected on the accompanying statements of net assets available for benefits as of December 31, 2010 and 2009, the schedule of assets (held at end of year) as of December 31, 2010 and the related investment activity reflected on the statement of changes in net assets available for benefits for the year ended December 31, 2010.

## KODAK EMPLOYEE STOCK OWNERSHIP PLAN
## NOTES TO FINANCIAL STATEMENTS
## DECEMBER 31, 2010 AND 2009

NOTE 6:   Investments:

The following table represents the fair value of the individual investments that exceed five percent of the Plan's net assets at December 31:

|  | 2010 | 2009 |
|---|---|---|
| Common stock | $  3,478,017 | $  2,900,800 |
| Money market fund | 284,629 | 285,447 |

During 2010, the Plan's investment in common stock (including gains and losses on investments bought and sold, as well as, held during the year) appreciated in value by $776,680.

NOTE 7:   Party-in-Interest Transactions:

Certain Plan assets are shares of common stock of Kodak, the Plan sponsor.   Therefore, transactions involving these assets qualify as party-in-interest transactions.   Certain Plan assets are invested in shares of a money market fund that is managed by T. Rowe.   T. Rowe is the trustee as defined by the Plan and, therefore, transactions involving these assets qualify as party-in-interest transactions.

SCHEDULE I

KODAK EMPLOYEE STOCK OWNERSHIP PLAN

SCHEDULE OF ASSETS (HELD AT END OF YEAR)*
DECEMBER 31, 2010

| IDENTITY OF ISSUE, BORROWER, LESSOR OR SIMILAR PARTY | DESCRIPTION OF INVESTMENT | COST | CURRENT VALUE |
|---|---|---|---|
| KODAK STOCK FUND** | COMMON STOCK | $ 16,673,298 | $ 3,478,017 |
| PRIME RESERVE FUND** | MONEY MARKET | 284,629 | 284,629 |
| | | $ 16,957,927 | $ 3,762,646 |

* Schedule certified by Trustee
** Denotes party-in-interest

12

SCHEDULE II

KODAK EMPLOYEE STOCK OWNERSHIP PLAN

SCHEDULE OF REPORTABLE TRANSACTIONS*
FOR THE YEAR ENDED DECEMBER 31, 2010

| IDENTITY OF PARTY | DESCRIPTION OF ASSET | PURCHASE PRICE | SELLING PRICE | COST OF ASSET | CURRENT VALUE OF ASSET | NET GAIN OR LOSS |
|---|---|---|---|---|---|---|
| EKSK** | COMPANY STOCK | N/A | $ 199,471 | $ 970,090 | $ 199,471 | $ (770,619) |

* Schedule certified by Trustee
** Denotes party-in-interest

13